# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORMAN ANTHONY BROWN, | ) | NO. EDCV 15-0429-CBM (JEM) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| M. FRINK, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 10, 2015.

_____
CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE